# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3247

_____

| | | |
|---|---|---|
| Michael S. McFarland; Donna C. McFarland; Roger F. Morgan; Cherly Morgan; Norman R. Cates; Phillis A. Cates; Wayne E. Laslay; Annabell Laslay; Richard A. LaPointe; Bonnie L. LaPointe; Glen G. Pittman; Opal Pittman; G. H. Ricker; Harriett L. Ricker; Orson A. Rau; Glenna M. Rau; Gary Spears; Carolyn Sue Spears; Paul Schafer; Juanita L. Schafer; Robert J. Schumacher; Anna E. Schumacher; Christ Skiroiotis; Sophia Skiroiotis; S. N. Whitcanack; Irene P. Whitcanack; Arthur Zago; Kathleen Zago, individually and on behalf of all other purchasers of lots in the Lake Winnebago South Retirement Village Subdivision, | * * * * * * * * * * * * * * * * * * * | Appeal from the United States District Court for the Western District of Missouri. |
| | * | [UNPUBLISHED] |
| Plaintiffs - Appellees, | * * | |
| v. | * * | |
| Winnebago South, Inc., | * * | |
| Defendant - Appellant, | * * | |
| Robert V. Steinhilber; Johnita F. Steinhilber; Jack O. Hart; James E. Thompson, Jr.; Grandview Bank & Trust Company; The Pleasant Hill | * * * * | |

Bank; Cass County Title Company;      *
Amca, Ltd.; Arnold M. Cook             *
Associates, Inc.; Arnold M. Cook;      *
Barry A. Cook; Iris B. Cook; Philip T. *
Goldstein; Thomas C. Mason;            *
Emmanuel Rubin; David L. Gibson        *
Associates, Inc.; David L. Gibson;     *
Lake Winnebago Real Estate &           *
Management Company, Inc.; Bonnie       *
Hart; Alex Flemington; Halsey Rains;   *
Mrs. Shirley Williams; Orien Fehrman;  *
Bannister Bank; Bank of Lee Summit;    *
Mission State Bank & Trust Company;    *
Winnebago South Homeowners             *
Association, Inc.,                      *
                                       *
   Defendants.          *

_____

Submitted: May 14, 1998
Filed:   June 2, 1998

_____

Before BOWMAN, Chief Judge, HEANEY and HANSEN, Circuit Judges.

_____

PER CURIAM.

  This has been an unduly protracted litigation. The District Court[1] granted partial summary judgment against Winnebago South, Inc. and in favor of plaintiffs on their claims under the Interstate Land Sales Disclosure Act and certified its interlocutory judgment for immediate appeal. Finding that partial summary judgment was correctly

---

[1]The Honorable D. Brook Bartlett, Chief Judge, United States District Court for the Western District of Missouri.

granted and that an opinion in this fact-intensive case would lack precedential value, we affirm on the basis of the District Court's entirely adequate opinion.

The judgment of the District Court is

AFFIRMED.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.